No. 09-1322. Karim Koubriti, Petitioner v. Richard Convertino.

562 U.S. 829, 131 S. Ct. 82, 178 L. Ed. 2d 27, 2010 U.S. LEXIS 6479.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 593 F.3d 459.

No. 09-1324. Roland C. Mracek, Petitioner v. Bryn Mawr Hospital, et al.

562 U.S. 829, 131 S. Ct. 82, 178 L. Ed. 2d 27, 2010 U.S. LEXIS 6725.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 925.

No. 09-1325. David H. Mills, Director of the Indiana Department of Financial Institutions, Petitioner v. Midwest Title Loans, Inc.

562 U.S. 829, 131 S. Ct. 83, 178 L. Ed. 2d 27, 2010 U.S. LEXIS 6552.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 593 F.3d 660.

No. 09-1329. John F. Peoples, Petitioner v. Howard I. Langer, et al.

562 U.S. 830, 131 S. Ct. 84, 178 L. Ed. 2d 27, 2010 U.S. LEXIS 6418.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 361 Fed. Appx. 392.

No. 09-1332. Charles J. Sain, Petitioner v. Carolyn M. Snyder, et al.

562 U.S. 830, 131 S. Ct. 85, 178 L. Ed. 2d 27, 2010 U.S. LEXIS 6640,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 369 Fed. Appx. 932.

No. 09-1333. Fernando Canto, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 830, 131 S. Ct. 85, 178 L. Ed. 2d 27, 2010 U.S. LEXIS 6560.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 593 F.3d 638.